UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carol Jane Roth, Civ. File No. 02-820 (PAM/RLE)

Plaintiff,

v. **ORDER**

United States of America,

Defendant.

---

This matter is before the Court on Plaintiff's Motion to Stay, pending administrative appeal. Plaintiff Carol Jane Roth brought this action to enjoin the Government from collecting on her defaulted student loans. The Government has imposed "offsets," such as confiscating her tax refunds and portions of her social security income, to pay down the debt. Although the Government documented the numerous attempts it made to give Roth notice of their intentions to execute offsets, Roth denies ever receiving notice until 1999. The document entitled "Notice of Proposed Offset" specifies procedures to initiate administrative review of the government's collection action. (Davis Decl. Ex. D at 4, 7-10.) The Notice of Proposed Offset, however, also limits administrative review to objections filed within sixty-five days. Id. at 8.

Courts have discretion is deciding whether to require administrative exhaustion in the absence of contradictory legislative intent. Darby v. Cisneros, 509 U.S. 137, 145 (1993); see

FILED SEP 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Coteau Props. Co. v. Dep't of Interior, 53 F.3d 1466, 1471-72 (8th Cir. 1995). The Court finds no expression of Congressional intent that conflicts with requiring Plaintiff to exhaust all administrative remedies. In this case, the interests of equity require resolving the factual dispute on notice in favor of Plaintiff. Roth shall have sixty-five days from the date of this order to file objections with the Department of Education pursuant to the procedures specified in the Notice of Proposed Offset.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Motion to Stay (Clerk Doc. No. 14) is **GRANTED**.

Dated: September 12, 2002

Paul A. Magnuson
United States District Court Judge