UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

November 4, 2002

To: Mr. Peter M. Taylor
Taylor Law Office
625 2nd Ave.
Suite 419
Minneapolis, MN 55402

**LETTER ORDER**

Re: Roth v. USA
Civ. No. 02-820 (PAM/RLE)

Dear Counsel:

On July 1, 2002, you filed a Motion to Amend the Pleadings [Docket No. 3] along with a a Second Memorandum of Law in Support of Motion [Docket No. 4], and Affidavit [Docket No. 5] in the above-entitled action. The Motion has been stricken because it is in non-compliance with Local Rule 7.1(a) (non-dispositive motion practices).

You are to assume responsibility to properly file all required documents, and to arrange with Victoria L. Miller, Calendar Clerk to Magistrate Judge Raymond L. Erickson, for scheduling a hearing on the Motion.

**The Clerk of Court is directed to strike the Motion [Docket No. 3], the Memorandum [Docket No. 4], and the Affidavit [Docket No. 5].**

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court
Ms. Mary Trippler

NOV 04 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK