UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carol Jane Roth,

Plaintiff,

**ORDER**

v.

Civil #02-820 (PAM)

United States of America,

Defendant.

Upon Government's motion, and for good cause shown, the Court finds that this action should be reinstated as active.

Accordingly, **IT IS ORDERED** that:

1. The Order of this Court dated September 12, 2002, which stayed this action is vacated.

2. This action is reinstated as active and the court shall consider the motions that are pending.

Dated: December 10, 2002

Paul A. Magnuson, Judge
United States District Court

DEC 1 1 2002

FILED______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______