AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Carol Jane Roth,

V.

United States of America,

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-820 PAM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's motion for summary judgment is denied.

Defendant's motion for summary judgment is granted.

July 22, 2003
Date

RICHARD D. SLETTEN, CLERK

Julie M. Rustad
(By) Julie M. Rustad, Deputy Clerk

(42)

Modified:03/10/03